IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | |
|---|---|
| CITY OF SEATTLE, | No. 78230-4-I |
| Petitioner/Cross-Respondent, | |
| v. | ORDER DENYING MOTION FOR RECONSIDERATION, WITHDRAWING OPINION, AND SUBSTITUTING OPINION |
| STEVEN GREGORY LONG, | |
| Respondent/Cross-Petitioner. | |

Respondent/Cross-Petitioner Steven Long filed a motion for reconsideration of the opinion filed on May 4, 2020. Petitioner/Cross-Respondent City of Seattle filed a response. The court has determined that the motion should be denied. However, the opinion should be withdrawn, and a substitute opinion filed. Now, therefore, it is hereby

ORDERED that the motion for reconsideration is denied; and it is further

ORDERED that the opinion filed on May 4, 2020, is withdrawn; and it is further

ORDERED that a substitute opinion shall be filed.

_____
Chun, J.

_____          _____
Smith, J.